UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

HBE CORPORATION, a Delaware corporation, d/b/a HOSPITAL BUILDING & EQUIPMENT COMPANY,

          Plaintiff,

- against -

FEDERAL EQUIPMENT COMPANY, an Ohio corporation, d/b/a FEC HELIPORTS, LLC and FEC HELIPORTS, LLC, an Ohio limited liability company,
          Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Case No.:
7:11-CV-0697 (GLS/ATB)

---

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.3(a) of the United States District Court for the Northern District of New York, the above-named Plaintiff and Defendant, by their respective undersigned attorneys, constituting all of the parties to this action, hereby stipulate and agree that no party hereto is an infant or incompetent for whom a committee has been appointed, that no person not a party hereto has an interest in the subject matter of this action, and that upon filing of this Stipulation with the Court, all claims and counterclaims by all parties in this action shall be dismissed without prejudice, and with each party bearing their own costs and counsel fees.

*WHITEMAN OSTERMAN & HANNA LLP*

_____
Robert T. Schofield, Esq. (Bar Roll 510575)
*Attorneys for Plaintiff*
One Commerce Plaza
Albany, New York 12260
(518) 487-7616; (518) 487-7777 (fax)

*HISCOCK & BARCLAY, LLP*

_____
Michael J. Smith, Esq. (Bar Roll 102627)
*Attorneys for Defendants*
80 State Street
Albany, New York 12207
(518) 429-4233; (518) 429-4201 (fax)

**SO ORDERED:** _Gary L. Sharpe_
                       October 20, 2011

W:\18100\18102\Pleads\Stipulation of Dismissal.doc